# EXHIBIT 1





# SEARCH WARRANT

### COUNTY OF MARICOPA, STATE OF ARIZONA

No. SW-2024-__020413__

**TO ANY PEACE OFFICER IN THE STATE OF ARIZONA:**

Proof by affidavit having been made this day before me pursuant to A.R.S. §13-3018 (Communication service records) by Arizona Attorney General's Office Special Agent ▓▓▓▓▓▓▓▓▓▓▓▓▓, The Court is satisfied that there is probable cause to believe that:

IN/ON THE PROPERTY DESCRIBED AS:

Within the electronic files of:

**GOOGLE LLC**
**GOOGLE Legal Investigations Support**
**1600 Amphitheater Parkway**
**Mountain View, CA 94043**

**In the possession of the below listed service providers, and for the Target Communications Google Accounts known as:**

- tyler@tpaction.com
- tyler@tylerbowyer.org
- tyler@tpusa.com

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1. All records or other information regarding the identification of the account, to include full name, subscriber names, user names, screen names, or other identities; mailing addresses, residential addresses, business addresses, additional email addresses, telephone numbers, and other contact information; billing records.

2. All data stored on the listed Google account. This consisted of at least the following: (1) call detail

1

records and call data; (2) instant messages, text/sms/mms/chat messages; (3) contact list; (4) Gmails/Emails; (5) geolocation information (6) Google Maps; (7) Google Drive; (8) Google Chat; (9) Photos; (10) Calendars; (11) Message Content; and, (12) Meet Chat.

3. The information is being requested for the following period between **November 01, 2020 and February 1, 2021**.

4. It is requested that Google Inc. provide a letter of authentication with the records produced for the below listed account(s).

5. It is requested that Google Inc. provided these records for the below listed account(s) in Arizona time UTC -7.

**WHICH PROPERTY OR THINGS:**

(x)   Were used as a means for committing a public offense.

(x)   Constitutes evidence tending to show that a public offense has been committed.

Such public offense(s) being investigated are:

ARS § 13-2002(A)(1) &(A)(3); Forgery
ARS § 13-2407(A)(3); Tampering with a Public Record
ARS § 39-161; Presentment of False Instrument for Filing
ARS § 13-2310; Fraudulent Schemes and Artifices
ARS § 13-2311; Fraudulent Schemes and Practices
ARS § 13-1003; Conspiracy
ARS § 16-1006(A)(3); Changing vote of an elector by corrupt means or inducement

You are therefore commanded in the [x] daytime [ ] or in the night according to A.R.S. §13-3917, to make a search of the above named or described person(s), premise(s), and vehicle(s) for the herein above described person(s), property or things, and if you find the same or any part thereof, to retain such in the custody of the Arizona Attorney General's Office, as provided by A.R.S. §13-3920.

You must execute this search warrant within five calendar days from its issuance and return to a magistrate within three court business days after the warrant is executed as directed by A.R.S. §13-3918.

This Search Warrant is sealed until otherwise ordered by this Court or another court of competent jurisdiction.

GIVEN UNDER MY HAND AND DATED THIS 6th DAY OF NOVEMBER 2024.



Maricopa County Superior Court

3