

Dennis I. Wilenchik, Esq. #005350
Caitlin B. Fitz-Maurice, Esq. #039867
admin@wb-law.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Turning Point USA, Inc.; and Turning Point Action, Inc., <br><br> Plaintiffs, <br> v. <br><br> Kris Mayes, in her official capacity as the Arizona Attorney General; and The State of Arizona; and GOOGLE LLC, <br><br> Defendants. | Case No. <br><br> **PLAINTIFFS TURNING POINT USA, INC. AND TURNING POINT ACTION, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs Turning Point USA, Inc. and Turning Point Action, Inc., in compliance with the provisions of:

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of the publicly owned corporation as listed below. (Attach additional pages if needed.)

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

_____Relationship_____

☐ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

**RESPECTFULLY SUBMITTED** this 21st day of February, 2025.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Caitlin B. Fitz-Maurice, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Plaintiffs*

2

MARCUS NEIMAN RASHBAUM
& PINEIRO LLP

*/s/ Derick R. Vollrath*
**Jeffrey Neiman***
Florida Bar No. 544469
dvollrath@mnrlawfirm.com
**Derick Vollrath***
Florida Bar No.  126740
dvollrath@mnrlawfirm.com
100 Southeast Third Avenue, Ste. 805
Fort Lauderdale, Florida 33394
Telephone:  (954) 462-1200
Facsimile: (954) 688-2492

*Attorneys for Plaintiffs*
*\*Pro Hac Vice Forthcoming*