**MARCUS NEIMAN RASHBAUM**
**& PINEIRO LLP**
Jeffrey Neiman
Fla. Bar No. 544469 (Admitted PHV)
jneiman@mnrlawfirm.com
Derick Vollrath
Fla. Bar. No. 126740 (Admitted PHV)
dvollrath@mnrlawfirm.com
100 SE Third Ave., Ste. 805
Fort Lauderdale, Florida, 33394
Tel. 954-462-1200

**WILENCHIK & BARTNESS, P.C.**
Dennis I. Wilenchik, #005350
Catilin B. Fitz-Maurice #039867
admit@wb-law.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Turning Point USA, Inc.; and Turning Point Action, Inc., | |
| *Plaintiffs*, | No. 2:25-cv-00608-ASB |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| Kris Mayes, in her official capacity as the Arizona Attorney General; The State of Arizona; and Google LLC | **Fed. R. Civ. P. 41(a)(1)(A)** |

Plaintiffs Turning Point USA, Inc., and Turning Point Action, Inc.—having reached a satisfactory settlement of this action with Defendants Kris Mayes and the State of Arizona—hereby voluntarily dismisses this suit in its entirety and as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Each party is to bear their own fees and costs in connection with this action.

1

Dated: April 11, 2025          Respectfully Submitted,

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

/s/ Derick Vollrath
**Jeffrey A. Neiman**
Fla. Bar No. 544469 (admitted PHV)
jneiman@mnrlawfirm.com
**Derick R. Vollrath**
Fla. Bar No. 126740 (admitted PHV)
dvollrath@mnrlawfirm.com
100 SE Third Avenue, Ste. 805
Fort Lauderdale Florida, 33394
Tel. 954-462-1200

**WILENCHIK & BARTNESS P.C.**

**Dennis I. Wilenchick**
**Caitlin B. Fitz-Maurice**
The Wilenchick & Bartnes Building
2810 N. Third Street
Phoenix, Arizona 85004
admit@web-law.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 11, 2025, I filed the foregoing document with this court's CM/ECF system, which has caused electronic service to be made upon all counsel of record.

                 */s/ Derick Vollrath*